ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 3:21 PM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. 2024-78536**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/8/2025 3:21:21 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **IN RE JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITTANE SMITH, DECEASED, AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER,** *Petitioners,* | § § § § § § § § § § | **IN THE DISTRICT COURT OF** |
| **v.** | § § | **HARRIS COUNTY, TEXAS** |
| **TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION; JEFF NELSON, COMMISSIONER, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HIS OFFICIAL CAPACITY; FRANCESCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES,** *Respondents.* | § § § § § § § § § § § § § § § § § § | **11th JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

Defendant Francesca Okonkwo, Administrative Law Judge, in her official capacity desires to appeal from the "Order Denying in Part and Granting in Part Okonkwo's Plea to the Jurisdiction and Motion to Dismiss" and the "Order Granting Temporary Injunction and Setting Trial on Merits" which were signed on April 2, 2025. Because this suit arises out of a matter brought against a state commission, Plaintiff appeals to the Fifteenth Court of Appeals. *See* Tex. Gov't Code § 22.220(d) (providing that the Fifteenth Court of Appeals has exclusive intermediate appellate jurisdiction over matters arising out of or related to a civil case brought by or against the state or a board,

1

commission, department, office, or other agency in the executive branch of the state government, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct, other than the claims and proceedings listed in § 22.220(d)(1)(A) through (O), excepted from the Court's jurisdiction).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/Sherlyn Harper*
SHERLYN HARPER
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

JAMES Z. BRAZELL
State Bar No. 02930100
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
James.Brazell@oag.texas.gov

*Attorneys for Francesca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in her official capacity*

## CERTIFICATE OF SERVICE

On April 22, 2025, a true and correct copy of this document was served on all attorneys of record in accordance with the Texas Rules of Civil Procedure.

*/s/ Sherlyn Harper*
Sherlyn Harper

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LaVerne Chang | | chang@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Suzan Cardwell | | cardwell@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Cheryl Sowell | | sowell@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Pablo Franco | | serv.pablo@mf-txlaw.com | 4/22/2025 1:24:16 PM | SENT |
| Andrew Bruce | | serv.andrew@mf-txlaw.com | 4/22/2025 1:24:16 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 4/22/2025 1:24:16 PM | SENT |
| Suzan  Cardwell | | cardwell@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| LaVerne  Chang | | Chang@cardwellchang.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Case Contacts

| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

Associated Case Party: REAL PARTY IN INTEREST FORT BEND COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

Associated Case Party: REAL PARTY IN INTEREST

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Associated Case Party: REAL PARTY IN INTEREST

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

Associated Case Party: REAL PARTY IN INTEREST'S FORT BEND COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Associated Case Party: REAL PARTY IN INTEREST'S FORT BEND COUNTY

| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
|---|---|---|---|---|
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of James Brazell
Bar No. 2930100
catherine.hughes@oag.texas.gov
Envelope ID: 99939999
Filing Code Description: Notice of Appeal
Filing Description: 2025 0422 Okonkwo Notice of Appeal
Status as of 4/22/2025 1:52 PM CST

Associated Case Party: REAL PARTY IN INTEREST'S FORT BEND COUNTY

| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
|---|---|---|---|---|
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 1:24:16 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Meridith Fischer on behalf of James Brazell
Bar No. 2930100
meridith.fischer@oag.texas.gov
Envelope ID: 100613135
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 5/8/2025 3:55 PM CST

Associated Case Party: Fort Bend County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lisa Teachey | 24056416 | lteachey@dgplawfirm.com | 5/8/2025 3:21:21 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 5/8/2025 3:21:21 PM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 5/8/2025 3:21:21 PM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 5/8/2025 3:21:21 PM | SENT |

Associated Case Party: Greater Houston Psychiatric Associates, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laverne Chang | 783819 | chang@cardwellchang.com | 5/8/2025 3:21:21 PM | SENT |
| Suzan Cardwell | | cardwell@cardwellchang.com | 5/8/2025 3:21:21 PM | SENT |

Associated Case Party: JoshuaDavidHeiliger

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 5/8/2025 3:21:21 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 5/8/2025 3:21:21 PM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 5/8/2025 3:21:21 PM | SENT |

Associated Case Party: Francisca Okonkwo, ALJ, TDI-DWC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 5/8/2025 3:21:21 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 5/8/2025 3:21:21 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 5/8/2025 3:21:21 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Meridith Fischer on behalf of James Brazell
Bar No. 2930100
meridith.fischer@oag.texas.gov
Envelope ID: 100613135
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 5/8/2025 3:55 PM CST

Associated Case Party: Francisca Okonkwo, ALJ, TDI-DWC

| James Z.Brazell | | james.brazell@oag.texas.gov | 5/8/2025 3:21:21 PM | SENT |
|---|---|---|---|---|
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 5/8/2025 3:21:21 PM | SENT |